October 30, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

CORNELIUS AUSTIN LONG, JR., Appellant

NO. 14-11-00059-CV                    V.

COMMISSION FOR LAWYER DISCIPLINE, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Commission for Lawyer Discipline, signed December 21, 2010, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We further order this decision certified below for observance.